**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **LOUIS FLORES,**<br>*Plaintiff*<br><br>**v.**<br><br>**FELIX PEREZ, IN HIS INDIVIDUAL CAPACITY; JACKSON PIERRON, IN HIS INDIVIDUAL CAPACITY; JORGE PASTORE, IN HIS INDIVIDUAL CAPACITY; AND CITY OF AUSTIN,**<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 1:23-CV-00673-DAE** |

**ORDER**

Before the Court are Plaintiff Louis Flores's motion to quash, Dkt. 84, and emergency motion to stay enforcement of subpoenas pending resolution of plaintiff's motion to quash, or in the alternative for expedited relief on the motion to quash, Dkt. 85. The District Judge referred the motions for disposition pursuant to Rule CV-72, Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and 28 U.S.C. § 636(b)(1)(A). Having reviewed the motions, the undersigned enters the following Order.

The parties are **ORDERED** to meaningfully confer telephonically or in person regarding the issues in the motion to quash and **FILE** a Joint Advisory with the Court **before 2:00 p.m. on Tuesday, December 1st, 2026**. The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the undersigned, and set forth briefly the parties' respective positions

on each remaining issue. Additionally, the parties must serve on opposing counsel any demonstrative exhibits or presentation materials intended to be used during the hearing by **5:00 p.m. on the business day prior to the hearing**. Please also send a copy of any demonstratives to the Court's Courtroom Deputy, Victoria Rivera, at Victoria_Rivera@txwd.uscourts.gov by **5:00 p.m. on the business day prior to the hearing.**

**IT IS FURTHER ORDERED** that the parties shall **APPEAR** for an in-person hearing before the undersigned on **Thursday, December 3rd, at 9:00 a.m.** The hearing will last no more than 1 hour, with each side afforded 30 minutes to make its arguments.

**IT IS FINALLY ORDERED** that Flores's emergency motion to stay enforcement of subpoenas, Dkt. 85, is **GRANTED IN PART** and **DENIED IN PART**. The enforcement of Defendants' subpoenas is **STAYED** pending the Court's ruling on Flores's motion to quash. Flores's motion is otherwise denied.

SIGNED November 5, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE